UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Nathen Barton,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA'S LIFT CHAIRS LLC &<br>JOHN DOE 1-10,<br><br>　　　　Defendants. | Case No. 3:21-cv-05850<br><br>**NOTICE OF WITHDRAWAL OF ROMAN D. HERNANDEZ AS COUNSEL FOR DEFENDANT AMERICA'S LIFT CHAIRS LLC** |

TO:　　　ALL PARTIES AND THEIR COUNSEL OF RECORD

AND TO:　　THE CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Local Civ. R. 83.2(b)(3) and effective February 18, 2022, Román D. Hernández of Troutman Pepper Hamilton Sanders LLP, 100 SW Main Street, Suite 1000, Portland, Oregon 97204, has withdrawn as counsel for Defendant America's Lift Chairs, LLC. Defendant remains represented by R. Omar Riojas of Goldfarb & Huck Roth Riojas PLLC, 925 Fourth Avenue, Suite 3950, Seattle, Washington 98104.

- 1 -

NOTICE OF WITHDRAWAL

122990762v1

Troutman Pepper
Hamilton Sanders LLP
100 SW Main Street
Suite 1000
Portland, OR 97204

| | | | |
|---|---|---|---|
| 1 | DATED: | February 18, 2022. | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |

*/s/ Román D. Hernández*
ROMÁN D. HERNÁNDEZ, WSBA No. 39939
100 SW Main Street, Ste. 1000
Portland, OR 97204-3258
Telephone: 503-290-2327
Facsimile: 503-290-2405
E-mail: roman.hernandez@troutman.com

*Withdrawing Attorney for Defendant America's Lift Chairs, LLC*

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ R. Omar Riojas*
R. OMAR RIOJAS, WSBA No. 35400
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: riojas@goldfarb-huck.com

*Attorney for Defendant America's Lift Chairs, LLC*

- 2 -

NOTICE OF WITHDRAWAL

## CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Román D. Hernández*
     Román D. Hernández, WSBA No. 39939

122990762

- 1 -

CERTIFICATE OF SERVICE